United States District Court
Northern District of Ohio
Office of the Clerk
801 West Superior Avenue
Cleveland, Ohio 44113-1830

Geri M. Smith
Clerk of Court

(216) 357-7000

## NEUTRAL TO RESPOND NO LATER THAN 04/05/2011

## PLEASE FAX OR E-MAIL THIS RESPONSE FORM TO THE ADR OFFICE AT 216-357-7040 or PEGGY_NICHOLS@OHND.USCOURTS.GOV

Peggy Nichols, ADR Administrator
U.S. District Court
801 West Superior Avenue
Cleveland, OH 44113-1830

Re: Greg Kochis v. TCG, Inc., et al
United States District Court Case No. 1:10 CV 0600

Upon completion of the required conflict check the undersigned:

____X____  Accepts Assignment

_____  Declines Assignment

serving as the Mediator in the above referenced case. Federal Court Panelists are required to file electronically. Accepting assignment of the within case means you agree to file and receive notices electronically. Electronic filing is mandatory in the Northern District of Ohio.

The court expects all members of the Federal Court Panel to comply with electronic court filing requirements. I agree to electronically file all required notices scheduling the within matter for a mediation conference.

Gregory V. Mersol

Dated: 04/11/2011

U.S. Court House
568 Federal Building
2 South Main Street
Akron, OH 44308-1876
330-252-6000

114 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, Ohio 43624-1347
(419) 213-5500

337 Thomas D. Lambros
Federal Building and U.S. Court House
125 Market Street
Youngstown, OH 44503-1787
330-884-7400

Modified 10/28/08