# GREGORY P. SZUTER, ESQ                    ARBITRATOR MEDIATOR

OSBA BOARD CERTIFIED
Specialist in Labor
and Employment Law

*OHIO Office:*
8934 Brecksville Rd. #432
Cleveland, Ohio 44141-2318

*Midwest Office:*
945 Brook Forest Ave. # 107
Joliet, Illinois 60404

(440)526-1505
Toll Free:(877) 301-0332
E-mail: gpszuter@gmail.com



May 6, 2011

*via email only*
James D. Ingalls, Esq.
2000 Standard Bldg.
1370 Ontario Street
Cleveland, OH 44113

Patrick M. Watts, Esq.
Zashin &Rich - Cleveland 4th Floor
55 Public Square
Cleveland, OH 44113

IN RE: USDC Case No. No. 1:10 CV 0600
        Greg Kochis v. TCG, Inc., et al

Dear Parties Addressed:

By the assignment of April 4, 2011, from the ADR Clerk of the United States District Court I am the neutral functioning as mediator in the above case. The Court ordered the mediation to be completed before May 16, 2011, and has revised that order to permit the mediation by May 26, 1022 with a report to be not later than June 9, 2011. The completion date is outside of my authority and any objection you have should be addressed to the court.

In accord with my responsibility, and with the agreement of counsel and the parties, I am giving this notice of the first mediation session on **May 26, 2011** (10:30 a.m) at the offices of Zashin &Rich Note that a mediation memorandum is to be submitted directly to me 5 days before the first mediation session. All pre-session communication with your Mediator should by mail or fax or email at gpszuter @ gmail.com. As the mediator I have notified the court of this letter.

Very truly yours,

*[signature]*

Gregory P. Szuter
GPS/mmi      cc. ADR Clerk via facsimile only