not-rpt-ecf2.frm

# *IN THE UNITED STATES DISTRICT COURT*
# *FOR THE NORTHERN DISTRICT OF OHIO*

| | | |
|---|---|---|
| GREG KOCHIS, | : | Case No. 1:10 CV 0600 |
| Plaintiff, | : | |
| -vs- | : | |
| TGC, INC., et al, | : | **NOTICE OF ADR ADMINISTRATOR** |
| Defendant. | : | |

CHRISTOPHER A. BOYKO, JUDGE

Notice is hereby given that a mediation conference was held on May 26, 2011, and as a result, the process is complete.  Reportable results of the mediation process are as follows:

1. Gregory P. Szuter, 8934 Brecksville Road, Ste. 4320, Cleveland, OH 44141, served as the Mediator in the within case.

2. Reportable agreements and/or stipulations consented to by the parties: the parties settled their dispute.

3. Recommendations as to future ADR processing that might assist in resolving the dispute:  not applicable.

4. The mediation process is complete.

**DATED at Cleveland, Ohio, this 7th day of June, 2011**.

/s/ **Peggy Nichols**
ADR Administrator
United States District Court
Northern District of Ohio
801 West Superior Avenue
Cleveland, OH 44113-1830
216-357-7007
Fax 216-357-7040
**Peggy_Nichols@ohnd.uscourts.gov**

### ***CERTIFICATE OF SERVICE***

A copy of the within Notice of ADR Administrator was filed electronically this 7th day of June, 2011. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ **Peggy Nichols**
ADR Administrator
216-357-7007
Fax 216-357-7040
**Peggy_Nichols@ohnd.uscourts.gov**